FILED
09 FEB 23 PM 12:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: CV 09 80 029 MISC VRW

**ORDER TO SHOW CAUSE**

Stanley Lewis Evans - #119091

_____/

It appearing that Stanley Lewis Evans has been enrolled as an inactive member of the State Bar of California pursuant to Section 6233 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective November 1, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before March 26, 2009 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Stanley Lewis Evans
Attorney at Law
1597 Josselyn Canyon Road
Monterey, CA 93940