```
                                        FILED
                                        APR 08 2009
                                        RICHARD W. WIEKING
                                        CLERK, U.S. DISTRICT COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV-09-80029 MISC VRW

Stanley Lewis Evans,

    State Bar No 119091                ORDER

_____/

    On February 23, 2009, the court issued an order to show cause (OSC) why Stanley Lewis Evans should not be removed from the roll of attorneys authorized to practice law before this court, based upon his enrollment as an inactive member of State Bar of California pursuant to Section 6233 of the Business and Professions Code, effective November 1, 2008.

    The OSC was mailed to Mr Evans's address of record with the State Bar and returned by the post office as unclaimed. No response to the OSC has been filed.

    The court now orders Stanley Lewis Evans removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the Matter of:

Stanley Lewis Evans,

    Plaintiff,

_____/

Case Number: CV09-80029 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stanley Lewis Evans
1597 Josselyn Canyon Road
Monterey, CA 93940

Dated: April 8, 2009

    Richard W. Wieking, Clerk
    By: Cora Klein, Deputy Clerk
    *Cora Klein*